**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | PB Investment Holdings Ltd. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☒ Other  Bermuda Registration . Describe identifier  49773 .<br>**For individual debtors:**<br>☐ Social Security number:  xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Rachelle Frisby and John Johnston, as Joint Provisional Liquidators |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Supreme Court of Bermuda, Companies(Winding Up): 2020 No. 441 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☒ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Debtor   **PB Investment Holdings Ltd.**                                  Case number (*if known*) _____
         Name

| | |
|---|---|
| 8. **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Bermuda

**Debtor's registered office:**

22 Victoria Street
Number    Street

_____
P.O. Box

Hamilton, HM 12
City    State/Province/Region    ZIP/Postal Code

Bermuda
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Corner House, 20 Parliament Street
Number    Street

_____
P.O. Box

Hamilton, HM 12
City    State/Province/Region    ZIP/Postal Code

Bermuda
Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☑ Other. Specify: Limited Company

☐ Individual

| Debtor | PB Investment Holdings Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor is an affiliate of PB Life and Annuity (28 U.S.C. s. 1408(2))

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ Rachelle Frisby_    Rachelle Frisby, as JPL
Signature of foreign representative    Printed name

Executed on  04/01/2021
           MM / DD / YYYY

✗ _/s/ John Johnston_    John Johnston, as JPL
Signature of foreign representative    Printed name

Executed on  04/01/2021
           MM / DD / YYYY

**14. Signature of attorney**

✗ _/s/_    Date  04/01/2021
Signature of Attorney for foreign representative    MM / DD / YYYY

Nicholas F. Kajon
Printed name

Stevens & Lee, PC
Firm name

485 Madison Avenue, 20th Floor
Number    Street

New York    NY    10022
City    State    ZIP Code

(212) 319-8500    nfk@stevenslee.com
Contact phone    Email address

2019693    NY
Bar number    State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3