## *"ATTACHMENT TO CHAPTER 15 PETITION"*

**IN RE PB INVESTMENT HOLDINGS LTD. (IN PROVISIONAL LIQUIDATION)**

*Statement regarding line 8(i), persons or bodies authorized to administer foreign proceedings of the Debtor*

- Rachelle Frisby (joint provisional liquidator ("**JPL**") of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

- John Johnston (JPL of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

Both Rachelle Frisby and John Johnston were appointed by the Supreme Court of Bermuda to act as the duly authorized foreign representatives of the Debtor.

*Statement regarding line 8(ii), parties to litigation pending in the United States in which the Debtor is a party at the time of filing of this petition*

- None.

*Statement regarding line 8(iii), entities against whom provisional relief is being sought under §1519 of the Bankruptcy Code*

- Bankruptcy Rule 1007(a)(4) provides, in relevant part, that "a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of . . . all entities against whom provisional relief is being sought under §1519 of the Code." Fed. R. Bankr. P. 1007(a)(4). The Joint Provisional Liquidators are not seeking any provisional relief, such that there is no need to disclose the identity of such entities or parties.